✎ PS 8
(5/04)

Case 2:14-cr-00102-WFN   Document 116   Filed 04/23/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Whitehead, Reanna Cay | Docket No. | 2:14CR00102-WFN-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Reanna Cay Whitehead, who was released and placed under pretrial supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 13th day of April 2015, for the purpose of attending inpatient substance abuse treatment and ordered to:

Defendant shall reside at Thunderbird House, abide by all regulations of the program, participate in treatment, and execute waivers of confidentiality permitting the treatment facility and the United States Probation Office to communicate regarding her treatment and compliance and, further, defendant shall immediately notify the United States Probation Office when she completes treatments, if she terminates treatment, or if she leaves the program without authorization and shall follow any instructions of the United States Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Defendant was discharged from Thunderbird Treatment Facility on April 22, 2015, due to rule violations, including smoking on facility grounds and exhibiting behavior not conducive to the treatment facility.

**Violation #2**: Defendant failed to notify the United States Probation Office prior to leaving the treatment facility on April 22, 2015.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   April 22, 2015

by   s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

April 23, 2014

Date