PROB 12C
(6/16)

Report Date: August 16, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reanna Cay Whitehead          Case Number: 0980 2:14CR00102-WFN-2

Address of Offender: ███████████████  Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 10, 2015

Original Offense:     Theft of a Firearm from a Licensed Dealer, 18 U.S.C. §§ 922(u) and 924(i)(1)

Original Sentence:    Prison - 30 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James A. Goeke              Date Supervision Commenced: July 28, 2017

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: July 27, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Whitehead is alleged to have violated special condition number 17 by failing to report for random urinalysis testing at Pioneer Human Services (PHS) on July 12, 2019.

Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2 acknowledging an understanding of her conditions of supervised release, specifically related to special condition number 17 requiring her to submit to urinalysis testing.

On July 12, 2019, the color of the day at PHS was gold, Ms. Whitehead's color for urinalysis testing. Ms. Whitehead was marked as a "no show" on the PHS urinalysis testing roster for July 12, 2019.

Prob12C
**Re: Whitehead, Reanna Cay**
**August 16, 2019**
**Page 2**

|   |   |
|---|---|
| 2 | **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** Ms. Whitehead is alleged to have violated special condition number 17 by stalling on a urinalysis test on July 17, 2019.

Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2 acknowledging an understanding of her conditions of supervised release, specifically related to special condition number 17 requiring her to submit to urinalysis testing.

On July 17, 2019, Ms. Whitehead was directed at 7:30 a.m. to report to the probation office and submit to urinalysis testing. She reported at 12:40 p.m. and provided a urine sample that was presumptive positive for methamphetamine; however, the sample was very minimal and not enough to be sent to the lab for confirmation. She claimed she was unable to provide more due to a bladder infection, and was unable to hold urine. She claimed to have an Uber waiting outside for her to take her to a medical appointment. She was allowed to attend that medical appointment, but was directed to return to the office to submit to testing. Ms. Whitehead aggressively left the office with a poor attitude suggesting this was an inconvenience for her. Ms. Whitehead never returned.

|   |   |
|---|---|
| 3 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Ms. Whitehead is alleged to have violated standard condition number 3 by failing to return to the probation office as directed on July 17 and 18, 2019.

Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2 acknowledging an understanding of her conditions of supervised release, specifically related to special condition number 17 requiring her to report as directed.

In reference to violation number 2, Ms. Whitehead was directed to report back to the probation office on July 17, 2019, after her doctor appointment. She failed to report back to the probation office, as directed. She was then directed by phone to report first thing in the morning on July 18, 2019.

On the morning of July 18, 2019, Ms. Whitehead sent a text message at 8:48 a.m. stating she was committed to reporting to the office as directed. Ms. Whitehead did not report as directed, nor did the undersigned officer hear from her the rest of the day.

|   |   |
|---|---|
| 4 | **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Whitehead, Reanna Cay**
**August 16, 2019**
**Page 3**

**Supporting Evidence:** Ms Whitehead is alleged to have violated special condition number 17 by using methamphetamine, codeine, and morphine on or about August 2, 2019.

Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2 acknowledging an understanding of her conditions of supervised release, specifically related to special condition number 17 requiring her to abstain from the use of controlled substances.

On July 19, 2019, Ms. Whitehead reported to the probation office. Due to her inability to provide valid urine samples, not report as directed, and her alleged bladder infection, the undersigned officer applied a sweat patch on Ms. Whitehead to monitor any illicit drug use.

On August 2, 2019, Ms. Whitehead reported to the probation office. A U.S. probation officer removed Ms. Whitehead's sweat patch and sent the sweat patch to the laboratory for further testing. The U.S. probation officer who removed the sweat patch from Ms. Whitehead informed the undersigned officer that the sweat patch appeared to be tampered with. On August 12, 2019, the undersigned officer received the results from the sweat patch. The lab report confirmed positive for methamphetamine, codeine, and morphine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/16/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/19/2019
Date