Report Date: January 3, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reanna Cay Whitehead     Case Number: 0980 2:14CR00102-WFN-2

Address of Offender:     Washington 99217

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 10, 2015

Original Offense:     Theft of a Firearm from a Licensed Dealer, 18 U.S.C. §§ 922(u) and 924(i)(1)

Original Sentence:     Prison - 30 months     Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:     James A. Goeke     Date Supervision Commenced: July 28, 2017

Defense Attorney:     Molly Marie Winston     Date Supervision Expires: July 27, 2020

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

                   **Supporting Evidence**: Ms. Whitehead is alleged to have failed to follow the officer's instructions and report to the probation office on November 15, 2019, to provide a urinalysis test.

                   Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2, acknowledging an understanding of her conditions of supervised release, specifically related to standard condition number 3.

                   On November 15, 2019, the undersigned officer contacted Ms. Whitehead at her residence at 9:21a.m. She was directed to report to the probation office and provide a urinalysis test. She agreed to do so after she picked up her son at 1 p.m. At 4:26 p.m., Ms. Whitehead sent this officer a text message stating she had a lecture at 1 p.m. for her online schooling, which got over at 2:25 p.m. She then claimed to needing assistance downloading class material. She further stated it was her first class, which allegedly started on this same date. Ultimately, Ms. Whitehead did not report to the office as directed.

| | |
|---|---|
| 6 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: On December 11, 2019, Ms. Whitehead was observed associating with Aaron Whitehead, a convicted felon, co-defendant, and ex-husband. Ms. Whitehead was not given authorization by this officer to associate with Aaron Whitehead.

Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2, acknowledging an understanding of her conditions of supervised release, specifically related to standard condition number 9.

On December 11, 2019, the undersigned officer went to Ms. Whitehead's residence to conduct an unannounced home visit. Upon arrival, the undersigned officer observed her ex-husband, Aaron Whitehead, sitting in a car in front of her house. Moments later, Ms. Whitehead emerged from her home and got into his car and they drove away. When she was confronted about the association, she advised she was providing support for Mr. Whitehead who was going through legal troubles. She further stated he had court that morning and she was going to support him. The undersigned officer investigated and on the day in question, Mr. Whitehead did not have a court date scheduled, but did have one the day prior.

Mr. Whitehead is a co-defendant, convicted felon, and known drug user. Previous violation behavior by Ms. Whitehead stemmed from her association with her ex-husband. This officer did not authorize her to associate with her ex-husband.

| | |
|---|---|
| 7 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms Whitehead is alleged to have violated special condition number 17 by using methamphetamine and morphine on or about December 20, 2019.

Ms. Whitehead signed her judgment on July 31, 2017, relative to case number 2:14CR00102-WFN-2, acknowledging an understanding of her conditions of supervised release, specifically related to special condition number 17 requiring her to abstain from the use of controlled substances.

On December 12, 2019, Ms Whitehead reported to the probation office at the direction of the undersigned officer. A sweat patch was placed on Ms. Whitehead to monitor her illicit drug use. At that time, Ms. Whitehead denied any drug use. On December 20, 2019, Ms. Whitehead reported to the probation office and the sweat patch was removed. The sweat patch was sent to the laboratory for further testing. On January 3, 2020, the test results were received, showing a positive test result for the presence of methamphetamine and morphine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/03/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

01/03/2020
Date